ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Glad's Original BBQ Express, LLC | )     ASBCA No. 58969 |
| | ) |
| Under Contract No. CAR 06-116 | ) |

APPEARANCE FOR THE APPELLANT:     Glenn H. Schlabs, Esq.
    Sherman & Howard L.L.C.
    Colorado Springs, CO

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
    Army Chief Trial Attorney
    MAJ Cameron R. Edlefsen, JA
    Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 9 June 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58969, Appeal of Glad's Original BBQ Express, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals